UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN FUENTES ALONSO,<br><br>   Petitioner,<br><br>  v.<br><br>RANDY GROUNDS, Warden,<br><br>   Respondent. | No. CV 11-9698-VAP (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

  ACCORDINGLY, IT IS ORDERED:

  1. The report and recommendation is adopted.

  2. Respondent's Motion to Dismiss is granted.

  2. Judgment shall be entered consistent with this order.

  3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: May 29, 2012

                /s/ Virginia A. Phillips
              HONORABLE VIRGINIA A. PHILLIPS
              UNITED STATES DISTRICT JUDGE